**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-24326-RKA**

**CHELSEA SLACK,**

Plaintiff,

v.

**EQUIFAX INFORMATION SERVICES LLC,**
*ET AL.*,

**Defendants.**
_______________________________________/

**JOINT NOTICE OF SETTLEMENT REGARDING**
**EQUIFAX INFORMATION SERVICES LLC, ONLY**

Plaintiff Chelsea Slack ("Plaintiff") and Defendant Equifax Information Services LLC submit this Joint Notice of Settlement and state that Plaintiff and Equifax Information Services LLC have reached a settlement with regard to the claims between Plaintiff and Equifax Information Services LLC and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the appropriate dismissal documents will be filed with the Court.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

DATED: August 4, 2026

Respectfully Submitted,

/s/ Talal Rashid
**Talal Rashid, ESQ.**
Florida Bar No. 1010307
E-mail:Talal@pzlg.legal
Patti Zabaleta Law Group
110 SE 6th Street, 17th Floor
Fort Lauderdale, Florida 33301
Phone: 305-332-6201

*COUNSEL FOR PLAINTIFF*

/s/ Jason Daniel Joffe
**JASON DANIEL JOFFE, ESQ.**
Florida Bar No. 13564
E-mail: Jason.Joffe@squirepb.com
SQUIRE PATTON BOGGS LLP
200 S Biscayne Boulevard, 40th Floor
Miami, Florida 33131
Phone: (305) 577-7000

*COUNSEL FOR EQUIFAX INFORMATION SERVICES LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 4, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Talal Rashid
**TALAL RASHID, ESQ.**
Florida Bar No. 1010307